AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

DANIEL HOUDE

V.

CITY OF WORCESTER et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40075 FDS**

TO: (Name and address of Defendant)

City of Worcester
c/o Timothy P. Murray, Mayor
City Hall, Room 305
455 Main Street
Worcester, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

5/17/05

CLERK                                           DATE

_Sherry Jones_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

06/14/2005

I hereby certify and return that on 06/13/2005 at 12:10pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Exhibit 1 in this action in the following manner: To wit, by delivering in hand to CHRISTINA MILLS, SECRETARY, agent, person in charge at the time of service for CITY OF WORCESTER, C/O TIMOTHY P MURRAY, MAYOR at CITY HALL - 455 MAIN ST #305, WORCESTER, MA. Fees: Service 30.00, Travel 3.84, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees $41.84

Deputy Sheriff Kenneth R Hannam

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.