AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS.

DANIEL HOUDE

V.

CITY OF WORCESTER et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**05-40075 FDS**

TO: (Name and address of Defendant)

Officer Brian Halloran
Worcester Police Department
Police Headquarters
9-11 Lincoln Square
Worcester, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  5/17/05

AO 440 (Rev. 8/01) Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
**Docket/Case No: 05-40075FDS**

I hereby certify and return that today, August 29, 2005, at 8:06 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Officer Brian Halloran, by giving in hand to Officer Brian Halloran, together w/copies of the Civil Cover Sheet, Catagory Form & Exhibit 1. Said service was effected at: Worcester Police Department Headquarters, 9-11 Lincoln Square, Worcester, MA 01608.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 29, 2005.

Constable Walker Farrar, Jr., Process Server
& Disinterested Person over Age 18.   Total Fees: $197.35
**Norfolk County Constables' Office**
P O Box 247
Norwood, MA, 02062
(781) 828-7557 , (781) 821-4269 Fax

F SERVICE

al place of abode with a person of suitable age and

re left:

F SERVICE FEES

TOTAL $0.00

)N OF SERVER

he United States of America that the foregoing information
:es is true and correct.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.