AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

DANIEL HOUDE

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF WORCESTER et al.

CASE NUMBER:

**05-40075 FDS**

TO: (Name and address of Defendant)

Officer Kevin Johanson
Worcester Police Department
Police Headquarters
9-11 Lincoln Square
Worcester, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                                    5/17/05

CLERK                                                   DATE

(By) DEPUTY CLERK

F SERVICE

d place of abode with a person of suitable age and

e left:

SERVICE FEES

| | TOTAL $0.00 |
|---|---|

OF SERVER

: United States of America that the foregoing information
s is true and correct.

UNITED STATES DISTRICT COURT
District of Massachusetts
Docket/Case No: 05-40075FDS

I hereby certify and return that today, August 25, 2005, at 4:20 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Officer Kevin Johanson, by giving in hand to Officer Kevin Johanson, together w/copies of the Civil Cover Sheet, Catagory Form & Exhibit 1 . Said service was effected at: Worcester Police Department Headquarters, 9-11 Lincoln Square, Worcester, MA 01608.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 25, 2005.

Constable Walker C. Farrar, Jr., Process Server
& Disinterested Person over Age 18.   Total Fees: $169.85
Norfolk County Constables' Office
P O Box 247
Norwood, MA, 02062
(781) 828-7557 , (781) 821-4269 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.