AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DANIEL HOUDE

V.

CITY OF WORCESTER et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-40075 FDS

TO: (Name and address of Defendant)

Officer Stephen Gunnerson
Worcester Police Department
Police Headquarters
9-11 Lincoln Square
Worcester, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE 5/17/05

S Jones

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

RVICE

Service

NAME OI

Chec

e of abode with a person of suitable age and

:

.VICE FEES

TRAVEL

TOTAL $0.00

'SERVER

ted States of America that the foregoing information
rue and correct.

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
**Docket/Case No: 05-40075FDS**

I hereby certify and return that today, September 15, 2005, at 11:20 AM, I served a true and attested copy of the within Statement of Damages Notice upon the within named Officer Stephen Gunnerson, by leaving said copies inside the house under the door, together w/copies of the Civil Cover Sheet, Category Form & Exhibit 1, at 95 Breakneck Road, Sturbridge, MA 01566-1131 his last and usual abode. Furthermore, later the same/next day I mailed (first class postage prepaid) additional true and attested copies to the within named Officer Stephen Gunnerson, at 95 Breakneck Road, Sturbridge, MA 01566-1131.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 15, 2005.

Constable Walker C. Farrar, Jr., Process Server
& Disinterested Person over Age 18. Total Fees: $126.69
Norfolk County Constables' Office
P O Box 247
Norwood, MA, 02062
(781) 828-7557 , (781) 821-4269 Fax

NORFOLK COUNTY CONSTABLES' OFFICE
MASSACHUSETTS CONSTABLE
COMMONWEALTH OF MASSACHUSETTS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.