AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

DANIEL HOUDE

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF WORCESTER et al.

CASE NUMBER:

**05-40075 FDS**

TO: (Name and address of Defendant)

Officer Sean McCann
Worcester Police Department
Police Headquarters
9-11 Lincoln Square
Boston, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

..RAH A. THORNTON      5/17/05

CLERK                  DATE

*Sherry Jones*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | OF SERVICE |
|---|---|

ual place of abode with a person of suitable age and

were left:

| | OF SERVICE FEES | TOTAL $0.00 |
|---|---|---|

ON OF SERVER

the United States of America that the foregoing information Fees is true and correct.

UNITED STATES DISTRICT COURT
District of Massachusetts
Docket/Case No: 05-40075FDS

I hereby certify and return that today, August 24, 2005, at 11:20 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Officer Sean McCann, by giving in hand to Officer Sean McCann, together w/copies of the Civil Cover Sheet, Catagory Form & Exhibit 1. Said service was effected at: Worcester Police Department Headquarters, 9-11 Lincoln Square, Worcester, MA 01608.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 24, 2005.

Constable Walker C. Farrar, Jr., Process Server
& Disinterested Person over Age 18.   Total Fees: $154.85
Norfolk County Constables' Office
P O Box 247
Norwood, MA, 02062
(781) 828-7557 , (781) 821-4269 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.