❧AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    **MASSACHUSETTS**

DANIEL HOUDE

**SUMMONS IN A CIVIL ACTION**

V.

CITY OF WORCESTER et al.

CASE NUMBER:

## 05-40075 FDS

TO: (Name and address of Defendant)

Officer Matthew D'Andrea
Worcester Police Department
Police Headquarters
9-11 Lincoln Square
Worcester, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**                          5/17/05

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**SERVICE**

place of abode with a person of suitable age and

left:

**SERVICE FEES**

| | TOTAL | $0.00 |
|---|---|---|

**OF SERVER**

United States of America that the foregoing information is true and correct.

**UNITED STATES DISTRICT COURT**
**District of Massachusetts**
**Docket/Case No: 05-40075FDS**

I hereby certify and return that today, August 25, 2005, at 12:15 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Officer Matthew D'Andrea, by giving in hand to Officer Matthew D'Andrea, together w/copies of the Civil Cover Sheet, Catagory Form & Exhibit 1. Said service was effected at: Worcester Police Department Headquarters, 9-11 Lincoln Square, Worcester, MA 01608.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 25, 2005.

Total Fees: $93.75

Constable Walker C. Farrar, Jr., Process Server
& Disinterested Person over Age 18.
Norfolk County Constables' Office
P O Box 247
Norwood, MA, 02062
(781) 828-7557 , (781) 821-4269 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.