AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

DANIEL HOUDE

SUMMONS IN A CIVIL ACTION

V.

CITY OF WORCESTER et al.

CASE NUMBER:

05-40075 FDS

TO: (Name and address of Defendant)

Officer Thomas Duffy
Worcester Police Department
Police Headquarters
9-11 Lincoln Square
Worcester, MA 01608

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy J. Perry
PretiFlaherty
10 High Street, Suite 502
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within   20   days after service for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  5/17/05

AO 440 (Rev. 8/01) Summons in a Civil Action

UNITED STATES DISTRICT COURT
District of Massachusetts
Docket/Case No: 05-40075FDS

I hereby certify and return that today, August 29, 2005, at 8:18 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Officer Thomas Duffy, by giving in hand to Officer Thomas Duffy, together w/copies of the Civil Cover Sheet, Category Form & Exhibit 1. Said service was effected at: Worcester Police Department Headquarters, 9-11 Lincoln Square, Worcester, MA 01608.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on August 29, 2005.

Constable Walker (Farrar, Jr., Process Server & Disinterested Person over Age 18.   Total Fees: $132.50
Norfolk County Constables' Office
P O Box 247
Norwood, MA, 02061
(781) 828-7557 , (76 821-4269 Fax

OF SERVICE

...sual place of abode with a person of suitable age and

...were left:

OF SERVICE FEES

TOTAL $0.00

ON OF SERVER

the United States of America that the foregoing information Fees is true and correct.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.