UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL HOUDE,<br>      Plaintiff<br><br>v.<br><br>ROBERT TURGEON, STEPHEN<br>GUNNERSON, KEVIN JOHANSON,<br>MATTHEW D'ANDREA, BRIAN<br>HALLORAN, THOMAS C. DUFFY,<br>SEAN MCCANN and CITY OF<br>WORCESTER,<br>      Defendants | C.A. NO. 05-40075FDS |

RULE 16.1(D)(3) CERTIFICATE

Defendant City of Worcester hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that it and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

CITY OF WORCESTER
By its Attorneys,

David M. Moore
City Solicitor

_/s/ Janet J. McGuiggan_
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

CITY OF WORCESTER

By _/s/ MVO_
Michael V. O'Brien,
City Manager