UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DANIEL HOUDE,
    Plaintiff

v.

ROBERT TURGEON, STEPHEN
GUNNERSON, KEVIN JOHANSON,
MATTHEW D'ANDREA, BRIAN
HALLORAN, THOMAS C. DUFFY,
SEAN MCCANN and CITY OF
WORCESTER,
    Defendants

C.A. NO. 05-40075FDS

RULE 16.1(D)(3) CERTIFICATE

Defendant Kevin Johanson hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    (b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Kevin Johanson
By His Attorneys,

David M. Moore
City Solicitor

*/s/ Janet J. McGuiggan*
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

*/s/ Kevin Johanson*