UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL HOUDE,<br>    Plaintiff<br><br>v.<br><br>ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN, THOMAS C. DUFFY, SEAN MCCANN and CITY OF WORCESTER,<br>    Defendants | C.A. NO. 05-40075FDS |

RULE 16.1(D)(3) CERTIFICATE

Defendant Matthew D'Andrea hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Matthew D'Andrea
By His Attorneys,

David M. Moore
City Solicitor

_____
Janet J. McGuiggan (BBO#630013)
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

_____
Matthew D'Andrea