UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL HOUDE,<br>　　　　Plaintiff<br><br>v.<br><br>ROBERT TURGEON, STEPHEN<br>GUNNERSON, KEVIN JOHANSON,<br>MATTHEW D'ANDREA, BRIAN<br>HALLORAN, THOMAS C. DUFFY,<br>SEAN MCCANN and CITY OF<br>WORCESTER,<br>　　　　Defendants | C.A. NO. 05-40075FDS |

RULE 16.1(D)(3) CERTIFICATE

Defendant Sean McCann hereby submits, pursuant to L.R. 16.1(D)(3), a certificate that he and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) to consider the resolution of this litigation through the use of alternate dispute resolution programs such as those outlined in L.R. 16.4.

Sean McCann
By His Attorneys,

David M. Moore
City Solicitor

_/s/ Janet J. McGuiggan_　　　　　　　　　　　_/s/ Sean McCann_
Janet J. McGuiggan (BBO#630013)　　　　　Sean McCann
Assistant City Solicitor
City Hall - Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161