UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40075FDS

|  |  |
|---|---|
| DANIEL HOUDE, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN, THOMAS DUFFY, SEAN MCCANN and CITY OF WORCESTER | ) |
| Defendants. | ) |

**JOINT STATEMENT SUBMITTED PURSUANT
TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff Daniel Houde ("Houde") and Defendants Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran, Thomas Duffy, Sean McCann, and City of Worcester ("Defendants") hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Plaintiffs filed a Complaint in this action on May 17, 2005 and served Defendants. Defendants filed an Answer to the Complaint on September 14, 2005. Pursuant to a Notice of Scheduling Conference dated November 18, 2005, an initial scheduling conference is set to be held on December 8, 2005. The parties held the conference required by Rule 16(b) on December 5, 2005.

A.  **Proposed Pretrial Schedule**

The parties propose that discovery and motion practice should proceed pursuant to the limits set forth in Local Rule 26.1(c), and according to the following schedule:

| Event | Date |
| --- | --- |
| Initial Disclosures | January 2, 2005 |
| Amendment of pleadings before | February 15, 2006 |
| Parties complete all fact discovery before | June 1, 2006 |
| Plaintiff serves its expert reports, if any, before | July 1, 2006 |
| Defendant serves his expert reports, if any, before | August 1, 2006 |
| Parties complete expert discovery before | September 1, 2006 |
| Status Conference | September 15, 2006 |
| Parties file dispositive motions before | November 1, 2006 |
| Pre-trial Conference | November 15, 2006 |

B.  **Certifications**

The certifications required by Local Rule 16.1(D)(3) will be filed separately by each party prior to the Scheduling Conference.

C.  **Magistrate Judge**

The Plaintiff, at this time, does not consent to a trial by a magistrate judge, however, Defendants do consent to trial by a magistrate judge.

Respectfully submitted,

**PLAINTIFF DANIEL HOUDE,**

By his attorneys

/s/ Gregory T. Donoghue
Timothy J. Perry (BBO #631397)
Gregory T. Donoghue (BBO #661480)
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
facsimile (617) 226-3801

**DEFENDANTS,**

By their counsel,

/s/ Janet J. McGuiggan
Janet J. McGuiggan (BBO# 630013)
City of Worcester Law Department
City Hall, Room 301
455 Main Street
Worcester, MA  01608

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon all counsel of record via pre-paid First Class, United States Mail.

Dated: December ___, 2005

_____
Gregory T. Donoghue