# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40075FDS

| | |
|---|---|
| DANIEL HOUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT TURGEON, STEPHEN GUNNERSON, | ) |
| KEVIN JOHANSON, MATTHEW D'ANDREA, | ) |
| BRIAN HALLORAN, THOMAS DUFFY, | ) |
| SEAN MCCANN and CITY OF WORCESTER | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please take notice that Gregory T. Donoghue hereby enters his appearance on behalf of Plaintiff in this matter.

Respectfully submitted,
DANIEL HOUDE,

By his attorney,

/s/ Gregory T. Donoghue
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801