UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL HOUDE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT TURGEON, STEPHEN GUNNERSON, )<br>KEVIN JOHANSON, MATTHEW D'ANDREA, )<br>BRIAN HALLORAN, THOMAS DUFFY, )<br>SEAN MCCANN and CITY OF WORCESTER )<br>)<br>)<br>Defendants. )<br>) | C.A. NO. 05-40075FDS |

Pursuant to Rule 16.1(D)(3), Plaintiff Daniel Houde ("Mr. Houde") and his undersigned counsel hereby certify as follows:

(a) Mr. Houde and his counsel have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the pending litigation; and

(b) Mr. Houde and his counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

DANIEL HOUDE

_____
Daniel Houde

By his attorneys,

_____
Timothy J. Perry (BBO# 631397)
Gregory T. Donoghue (BBO#661480)
PRETI, FLAHERTY, BELIVEAU,
PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
Facsimile (617) 226-3801

Dated: December 6, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon all counsel of record by placing same for service with the United States Postal Service via pre-paid First Class, United States Mail.

Dated: December 6, 2005

Gregory T. Donoghue