**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DANIEL HOUDE.,

    Plaintiff,   CIVIL ACTION
v.                              NO.   05-40075-FDS

ROBERT TURGEON, et. al.,

    Defendants,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On   October 4,  2006         I held the following ADR proceeding in the above captioned case.

    ____   EARLY NEUTRAL EVALUATION      _X_   MEDIATION
    ____   MINI-TRIAL                              ____   SUMMARY JURY TRIAL
    ____   SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )   Settled.  Your clerk should enter a ___ day order of dismissal.
( )   There was progress.  A further conference has been scheduled for _____.
      unless the case is reported settled prior to that date.
(X)   Further efforts to settle this case at this time are, in my judgment, unlikely to be
      productive.  This case should be restored to your trial list.


Ocotober 20,  2006                    /s/ Timothy S. Hillman
Date                                   TIMOTHY S. HILLMAN, M.J.