UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40075FDS

|  |  |
|---|---|
| DANIEL HOUDE, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN, THOMAS DUFFY, SEAN MCCANN and CITY OF WORCESTER | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO EXTEND TIME
TO OPPOSE SUMMARY JUDGMENT TO MARCH 23, 2007**

Plaintiff Daniel Houde hereby moves to extend time to oppose summary judgment to March 23, 2007. As reasons therefore, Plaintiff states as follows:

(1) Since the filing of summary judgment papers in this matter, undersigned counsel has missed approximately two weeks of work due to his wife's illness and due to a previously scheduled family vacation out of state.

(2) Undersigned counsel is therefore requesting an additional week, until March 23, 2007, to file opposition papers to summary judgment.

(3) Since the summary judgment hearing in this matter is not to occur until March 30, 2007, Plaintiff believes that neither the parties nor the Court shall be prejudiced by filing papers on March 23, 2007.

**WHEREFORE**, Plaintiff requests that this motion be allowed and that he be allowed until March 23, 2007 to file his summary judgment opposition.

Respectfully submitted,

**PLAINTIFF DANIEL HOUDE,**

By his attorney,

/s/ Gregory Donoghue
Timothy J. Perry (BBO #631397)
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU
PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
facsimile (617) 226-3801

**Local Rule 7.1 Certificate**

I certify that Timothy J. Perry, Esq. corresponded with opposing counsel on March 13, 2007 regarding this motion, however, the parties did not come to an agreement regarding the terms attendant to opposing counsel's assent to this motion.

Dated: March 14, 2007                    /s/ Gregory Donoghue

**Certificate Regarding Service**

I hereby certify that this document was served upon all counsel of record by the Court's ECF system.

Date:  March 14, 2007                    /s/ Gregory Donoghue
                                         Gregory Donoghue

2