UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

_____
                                      )
DANIEL HOUDE,                         )
                                      )
            Plaintiff,                )
                                      )
v.                                    )     C.A. NO. 05-40075FDS
                                      )
ROBERT TURGEON, STEPHEN GUNNERSON,    )
KEVIN JOHANSON, MATTHEW D'ANDREA,     )
BRIAN HALLORAN, THOMAS DUFFY,         )
SEAN MCCANN and CITY OF WORCESTER     )
                                      )
                                      )
            Defendants.               )
_____)

**STATEMENT OF FILING WITH THE COURT OF
EXHIBITS 1 – 47 IN SUPPORT OF PLAINTIFF'S RESPONSE TO
DEFENDANT'S STATEMENT OF UNDISPUTED FACTS AND
STATEMENT OF ADDITIONAL FACTS**

Exhibits 1 through 47 in support of Plaintiff's Response to Defendant's Statement of Undisputed Facts and Statement of Additional Facts, are to be filed by mail with the Court, and served upon counsel of record by mail.

                                    Respectfully submitted,

                                    DANIEL HOUDE

                                    By his attorneys,

                                    /s/ Timothy J. Perry
                                    Timothy J. Perry (BBO#631397)
                                    Gregory T. Donoghue (BBO#661480)
                                    PRETI FLAHERTY BELIVEAU & PACHIOS LLP
                                    10 High Street, Fifth Floor
                                    Boston, MA  02110

TEL (617) 226-3800  
FAX (617) 226-3801

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: March 23, 2006            /s/ Timothy J. Perry
                                 Timothy J. Perry