## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL HOUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 05-40075FDS |
| ) | |
| ROBERT TURGEON, STEPHEN GUNNERSON, ) | |
| KEVIN JOHANSON, MATTHEW D'ANDREA, ) | |
| BRIAN HALLORAN, THOMAS DUFFY, ) | |
| SEAN MCCANN and CITY OF WORCESTER ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of my appearance on behalf of Plaintiff, Daniel Houde in the above captioned matter.

Respectfully submitted,

DANIEL HOUDE

By his attorney,

/s/ Gregory Donoghue
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
1 Beacon Street, Suit 3400
Boston, MA  02108
TEL (617) 226-3800
FAX (617) 226-3801

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via electronic transmission through the ECF Program.

Dated: May 22, 2007              /s/ Gregory Donoghue
                                 Gregory T. Donoghue