UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40075FDS

| | |
|---|---|
| DANIEL HOUDE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT TURGEON, STEPHEN GUNNERSON, | ) |
| KEVIN JOHANSON, MATTHEW D'ANDREA, | ) |
| BRIAN HALLORAN, THOMAS DUFFY, | ) |
| SEAN MCCANN and CITY OF WORCESTER | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

**PLEASE TAKE NOTICE** that Timothy J. Perry, Esq., counsel for the Plaintiff, Daniel Houde, has changed his address to the following:

Timothy J. Perry
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA  02109
Email: tperry@perrylegal.com
Phone - 617-720-4300
Fax - 617-720-4310

Please use this new firm name and address for all pleadings, correspondences, and other documents.

Respectfully submitted,

/s/ Timothy J. Perry
Timothy J. Perry (BBO#631397)
Perry, Krumsiek & Jack LLP
One McKinley Square
Boston, MA  02109
(617) 720-430
FAX (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the counsel of record via the ECF filing system of the US District Court for the District of Massachusetts.

Dated: January 9, 2008                          /s/ Timothy J. Perry
                                                                       Timothy J. Perry