UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40075FDS

| | |
|---|---|
| DANIEL HOUDE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN, THOMAS DUFFY, SEAN MCCANN and CITY OF WORCESTER | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff Daniel Houde hereby submits his Trial Exhibit List per the Court's January 4, 2008 Order

(1) Incident Reports of Officer Turgeon.

(2) OC Spray Report of Officer Duffy.

(3) Injured on Duty Report of Officer Turgeon.

(4) Injured on Duty Report of Officer Halloran.

(5) Injured Prisoner Report of Officer Grady.

(6) Custody Report concerning Plaintiff.

(7) Worcester Police Manual With Policy and Procedures.

(8) Mr. Houde's Medical Records and Invoices from the week of May 20, 2002.

(9) Photographs showing injuries to Daniel Houde from the week of May 20, 2002.

(10) Internal Affairs Division Reports, Citizens Complaint Forms, and Excerpts from Personnel Files produced by Defendants on January 19, 2007 per Judge Hillman's September 6, 2006 Discovery Order..

Respectfully submitted,

**PLAINTIFF DANIEL HOUDE,**

By his attorney,

/s/ Timothy J. Perry
Timothy J. Perry (BBO #631397)
PERRY, KRUMSIEK & JACK LLP
One McKinley Square
Boston, MA  02109
(617) 720-4300
facsimile (617) 720-4310

### Certificate Regarding Service

I hereby certify that this document was served upon all counsel of record by the Court's ECF system.

Date:  January 23, 2008                         /s/ Timothy J. Perry
                                                Timothy J. Perry

2