UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
DANIEL HOUDE,                    )
        Plaintiff               )
                                 )
v.                               )
                                 )
ROBERT TURGEON, STEPHEN          )
GUNNERSON, KEVIN JOHANSON,       )
MATTHEW D'ANDREA, BRIAN          )
HALLORAN and THOMAS C. DUFFY     )   C.A. NO. 05-40075FDS
        Defendants              )
```

**DEFENDANTS' EXHIBIT LIST**

Defendants Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran and Thomas C. Duffy hereby submit their exhibit list.

1.   All Worcester Police Department reports relative to Plaintiff's arrest of May 20, 2002.

2.   All court documents relative to Plaintiff's arrest of May 20, 2002 and subsequent prosecution, including but not limited to records of Plaintiff's convictions, tender of plea and waiver of rights forms, and criminal dockets.

3.   Worcester Police Department policies pertaining to arrest procedures and use of force.

4.    Defendants reserve the right to introduce rebuttal

exhibits.

                                    ROBERT TURGEON, STEPHEN
                                    GUNNERSON, KEVIN JOHANSON,
                                    MATTHEW D'ANDREA, BRIAN
                                    HALLORAN and THOMAS C. DUFFY

                                    By their attorney,

                                    /s/ Janet J. McGuiggan
                                           Janet J. McGuiggan
                                    Assistant City Solicitor
                                    City Hall, Room 301
                                    455 Main Street
                                    Worcester, MA 01608
                                    (508) 799-1161
                                    BBO #630013


                          CERTIFICATE OF SERVICE

    I, Janet J. McGuiggan, hereby certify that on this 23d
day of January, 2008, I served upon Plaintiff the within
jury instructions by electronically filing the same with
the Court with electronic notice sent to all registered
participants.

                                    /s/ Janet J. McGuiggan
                                    Janet J. McGuiggan