```
              UNITED STATES DISTRICT COURT
                       FOR THE
                DISTRICT OF MASSACHUSETTS
```

```
DANIEL HOUDE,                     )
         Plaintiff                )
                                  )
v.                                )
                                  )
ROBERT TURGEON, STEPHEN           )
GUNNERSON, KEVIN JOHANSON,        )
MATTHEW D'ANDREA, BRIAN           )
HALLORAN and THOMAS C. DUFFY      )   C.A. NO. 05-40075FDS
         Defendants               )
```

## DEFENDANTS' WITNESS LIST

Defendants Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran and Thomas C. Duffy hereby submit their witness list.

1. All individual Defendants: Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran and Thomas C. Duffy;

2. Keeper of the Records of the Worcester Police Department;

3. Captain Edward McGinn – Worcester Police Department;

4. Keeper of the Records of the Worcester Superior Court, Worcester District Court, and Probation Department.

5. Defendants reserve the right to call rebuttal witnesses.

>ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN and THOMAS C. DUFFY
>
>By their attorney,
>
>/s/ Janet J. McGuiggan
>Janet J. McGuiggan
>Assistant City Solicitor
>City Hall, Room 301
>455 Main Street
>Worcester, MA 01608
>(508) 799-1161
>BBO #630013

CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that on this 23d day of January, 2008, I served upon Plaintiff the within witness list by electronically filing the same with the Court with electronic notice sent to all registered participants.

>/s/ Janet J. McGuiggan
>Janet J. McGuiggan