UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
DANIEL HOUDE,                          )
         Plaintiff                     )
                                       )
v.                                     )
                                       )
ROBERT TURGEON, STEPHEN                )
GUNNERSON, KEVIN JOHANSON,             )
MATTHEW D'ANDREA, BRIAN                )
HALLORAN, and THOMAS C. DUFFY )          C.A. NO. 05-40075FDS
         Defendants                    )
```

### ORDER

Upon proper motion of Defendants Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran and Thomas C. Duffy ("Defendants"), it is hereby ORDERED that Defendants' counsel of record, Janet J. McGuiggan, City of Worcester Law Department, 455 Main Street, Room 301, Worcester, MA 01608, shall, upon payment of a reasonable fee, obtain access to Criminal Offender Record Information (CORI) reports maintained by the Criminal History Systems Board, as well as by any federal agency, concerning the following person:
DANIEL HOUDE, DOB 3/14/1964, SS #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

It is further ORDERED that:

1. Defense counsel shall use the information contained in the CORI reports exclusively for purposes of witness impeachment and trial strategy in the above-captioned matter; and

2. Defense counsel shall not disclose the information contained in the CORI reports to any unauthorized person or otherwise use the information in a manner that violates Mass. Gen. Laws c. 6, §§ 167 et. seq. and 803 C.M.R. §§ 1.00 et. seq.

SO ORDERED.

By the Court:

_____
F. Dennis Saylor IV
United States District Judge

Date:  1.25.2008