UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF MASSACHUSETTS

C.A. NO. 05-40075FDS

| | |
|---|---|
| DANIEL HOUDE, | ) |
| Plaintiff, | ) |
| v. | ) |
| ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN, THOMAS DUFFY, SEAN MCCANN and CITY OF WORCESTER | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Lauren Burke hereby gives notice of her appearance on behalf of Plaintiff Daniel Houde in the above-captioned matter:

> Lauren Burke
> BBO #670840
> Perry, Krumsiek & Jack LLP
> Attorneys at Law
> One McKinley Square
> Boston, MA 02109
> 617-720-4300
> Fax 617-720-4310

Attorney Burke shall be co-trial counsel with Attorney Timothy J. Perry of the same firm in this matter.

Respectfully submitted,

**PLAINTIFF DANIEL HOUDE,**

By his attorneys,

/s/ Lauren M. Burke
Lauren M. Burke (BBO #670840)
Timothy J. Perry (BBO #631397
PERRY, KRUMSIEK & JACK LLP
One McKinley Square
Boston, MA  02109
(617) 720-4300
facsimile (617) 720-4310

## Certificate Regarding Service

I hereby certify that this document was served upon all counsel of record by the Court's ECF system.

Date:  January 29, 2008                /s/ Lauren M. Burke
                                        Lauren M. Burke