```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                      DISTRICT OF MASSACHUSETTS

DANIEL HOUDE,                    )
         Plaintiff               )
                                 )
v.                               )
                                 )
ROBERT TURGEON, STEPHEN          )
GUNNERSON, KEVIN JOHANSON,       )
MATTHEW D'ANDREA, BRIAN          )
HALLORAN and THOMAS C. DUFFY     )   C.A. NO. 05-40075FDS
         Defendants              )
```

### DEFENDANTS' SUPPLEMENTED WITNESS LIST

Defendants Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran and Thomas C. Duffy hereby submit their supplemented witness list.

1. All individual Defendants: Robert Turgeon, Stephen Gunnerson, Kevin Johanson, Matthew D'Andrea, Brian Halloran and Thomas C. Duffy;

2. Keeper of the Records of the Worcester Police Department;

3. Keeper of the Records of the Worcester Superior Court, Worcester District Court, and Probation Department.

4.  Officer Shawn Barbale – Worcester Police Department, Training Division;

5.  Chief of Police Gary Gemme – Worcester Police Department;

6.  Defendants reserve the right to call rebuttal witnesses.

ROBERT TURGEON, STEPHEN GUNNERSON, KEVIN JOHANSON, MATTHEW D'ANDREA, BRIAN HALLORAN and THOMAS C. DUFFY

By their attorney,

/s/ Janet J. McGuiggan
Janet J. McGuiggan
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161
BBO #630013

CERTIFICATE OF SERVICE

I, Janet J. McGuiggan, hereby certify that on this 30th day of January, 2008, I served upon Plaintiff the within witness list by electronically filing the same with the Court with electronic notice sent to all registered participants.

/s/ Janet J. McGuiggan
Janet J. McGuiggan