## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Houde,**
      **Plaintiff(s),**

        **V.**

       **CIVIL ACTION**

       **NO. 05-40075-FDS**

**Turgeon, et al.,**
      **Defendant(s),**

### SETTLEMENT ORDER OF DISMISSAL

**Saylor, D. J.**

    The  Court having been advised on _____February 4, 2008_____

that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and

without prejudice to the right of any party, upon good cause shown, to reopen the

action within thirty (30) days if settlement is not consummated.


                   **By the Court,**


_____February 5, 2008_____         _/s/ Martin Castles_____
       **Date**                         **Deputy Clerk**